# Third District Court of Appeal

**State of Florida**

Opinion filed June 24, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-2834
Lower Tribunal No. 98-33905
_____


**Timothy Sneed,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Eric William Hendon, Judge.

Timothy Sneed, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before SUAREZ, LAGOA and SCALES, JJ.

PER CURIAM.

On February 25, 2015, this Court issued an opinion affirming the trial court's denial of Timothy Sneed's motion seeking post-conviction relief, and dismissing Sneed's petition for a writ of habeas corpus to this Court. Our opinion contained an order to show cause why Sneed should not be prohibited from filing with this Court any further pro se appeals, petitions, motions, and other pleadings related to his criminal conviction in lower tribunal case number 98-33905.

Sneed filed a response to the show cause order on May 7, 2015. Sneed's response refers to a new motion for post-conviction relief that Sneed filed in Miami-Dade Circuit Court on or about April 16, 2015. We acknowledge Sneed's new motion for post-conviction relief, but decline Sneed's request to hold in abeyance the issuance of this order.

Sneed's response to the show cause order otherwise introduces no new argument or information for our consideration. We conclude that Sneed has not demonstrated good cause to justify further filings of appeals, petitions, motions, and other pleadings with this Court.

We must balance Sneed's pro se right of access to courts with the Court's need to devote its finite resources to legitimate appeals. State v. Spencer, 751 So. 2d 47, 48 (Fla. 1999) ("[D]enying a pro se litigant the opportunity to file future petitions is a serious sanction, especially where the litigant is a criminal defendant .

2

. .”). Accordingly, after an order to show cause and an opportunity to answer, a court may prevent further filings. Id.

It is hereby ordered that the Clerk of the Court of the Third District Court of Appeal shall refuse to accept further pro se filings related to case number 98-33905; provided, however, that filings related to case number 98-33905 may be accepted by the Clerk if such filings have been reviewed and signed by an attorney who is a licensed member of the Florida Bar in good standing.

Any such further and unauthorized pro se filings by Sneed will subject him to sanctions, including the issuance of written findings forwarded to the Florida Department of Corrections for consideration by it for disciplinary action, pursuant to section 944.279(1) of the Florida Statutes.

Order issued.